# Court of Appeals
# of the State of Georgia

ATLANTA, May 31, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0369. CITY OF BLOOMINGDALE v. JOHN DOE.**

Upon review of the entire record in this case, and it appearing that the trial court's order denying the appellant's motion to dismiss was supported by evidence, this appeal is hereby DISMISSED as having been improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 05/31/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*